

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Leonard Lee Smith v. The State of Texas

Appellate case number:    01-18-00331-CR

Trial court case number:   16-CR2070

Trial court:              10th District Court of Galveston County

A jury convicted appellant, Leonard Lee Smith, of the felony offense of assault family violence, and assessed his punishment at confinement for thirty years. And, the trial court appointed Jared S. Robinson to represent appellant on appeal. The trial court clerk has filed a supplemental clerk's record containing the trial court's order granting Jared S. Robinson's motion to withdraw and a Notice of Appointment of Kenneth B. Florence as appellant's counsel on appeal.

The Clerk of this Court is directed to note Kenneth B. Florence's appearance as appointed counsel for appellant and Jared S. Robinson's withdrawal as counsel for appellant on the docket of this Court.

**No later than 30 days from the date of this order, counsel is directed to file an amended or supplemental brief on appellant's behalf or notify the Clerk of this Court that counsel adopts the appellant's brief filed in this appeal on November 28, 2019.** *See* TEX. R. APP. P. 38.6.

Jared S. Robinson's motion to withdraw as counsel, filed in this Court on March 29, 2019, is **dismissed as moot**. And, appellant's motion to stay the proceedings, filed on April 3, 2019, is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
               ☑ Acting individually    ☐ Acting for the Court

Date: __April 23, 2019